JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACYE BENARD WASHINGTON, <br><br> Petitioner, <br><br> vs. <br><br> DEBBIE ASUNCION, Acting Warden, <br><br> Respondent. | Case No. CV 15-05883-VAP (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and this matter is referred to the Ninth Circuit.

Dated: February 23, 2016

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1